1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant ALOMARI

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,        )    No.   CR-10-00713 CW (OBAID)
10                                   )          CR-10-00714-CW (ALOMARI)
                 Plaintiff,          )
11                                   )    STIPULATED REQUEST TO CONTINUE
          v.                         )    HEARING DATE TO FEBRUARY 7, 2011
12                                   )    AND TO EXCLUDE TIME UNDER THE
                                     )    SPEEDY TRIAL ACT AND ORDER
13  AHMED MOHAMMED OBAID and         )
    FAISAL MOHAMED KAID ALOMARI,     )    Hearing Date: January 10, 2011
14                                   )    Time:          10:00 a.m.
                 Defendants.         )
15                                   )    **The Honorable Donna M. Ryu**

16

17        The above-captioned matter is set on January 10, 2011 before this Court for a status

18  hearing.  The parties jointly request that the Court continue the matter to February 7, 2011 at

19  10:00 a.m. before the sitting United States Magistrate Judge, and that the Court exclude time

20  under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between January 10, 2011

    and February 7, 2011.
21
          On September 30, 2010, the Grand Jury charged defendants in separate indictments with
22
    trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a).  The parties made an initial
23
    appearance on October 5, 2010 and the Court released both defendants on bond.  Shortly
24
    thereafter, the government filed a notice of related cases, and on October 26, 2010, the District
25
    Court related Mr. Obaid and Mr. Alomari's cases.
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, Nos. CR-10-713 CW; 10-714-CW

1    The parties last appeared before the Court for a status hearing on November 2, 2010, at

2    which time the parties advised the Court that the government had further discovery to produce.

3    Defense counsel received that discovery on December 20, 2010, and needs additional time to

4    review and process the information provided.  Defense counsel also needs time to investigate the

5    case and to collect records.  Additionally, counsel for Mr. Alomari has requested an evidence

6    view but is unavailable from December 28, 2010 through January 10, 2011.  Given the discovery

7    to review in this case and defense counsel's need to conduct an evidence view, the parties

8    request a continuance until February 7, 2011.

9    The requested continuance will allow defense counsel to review the discovery, to

10   investigate the underlying facts of the case, and to obtain and review additional records on behalf

11   of their clients.  For this reason, the parties agree that the failure to grant this continuance would

12   unreasonably deny counsel for defendants the reasonable time necessary for effective

13   preparation, taking into account the exercise of due diligence.

14   The parties further stipulate and agree that the ends of justice served by this continuance

15   outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, the

16   parties agree that the period of time from January 10, 2011 to February 7, 2011, should be

17   excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

18   and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due

19   diligence.

20   DATED: December 20, 2010                    _____/S/_____
                                                  MICHELLE KANE
21                                                Assistant United States Attorney

22   DATED: December 20, 2010                    _____/S/_____
                                                  LIDIA S. STIGLICH
23                                                Counsel for Defendant Obaid

24   DATED: December 20, 2010                    _____/S/_____
                                                  ANGELA M. HANSEN
25                                                Assistant Federal Public Defender
                                                  Counsel for Defendant Alomari

26

1

# ORDER

2     Based on the reasons provided in the stipulation of the parties above, the Court hereby

3  FINDS:

4     1.     Given that the defense recently received additional discovery and that defense

5  counsel needs time to review and process the information provided;

6     2.     Given that the defense needs additional time to investigate the case and to collect

7  records;

8     3.     Given that counsel for Mr. Alomari has requested an evidence view but is

9  unavailable from December 28, 2010 until January 10, 2010;

10     4.     Given that a complete review of the discovery is necessary to the defense

11  preparation of the case and that the failure to grant the requested continuance would

12  unreasonably deny counsel for defendants the reasonable time necessary for effective

13  preparation, taking into account the exercise of due diligence;

14     5.     Given that the ends of justice served by this continuance outweigh the best

15  interest of the public and the defendants in a speedy trial;

16     Based on these findings, IT IS HEREBY ORDERED that the STATUS date of January

17  10, 2011 scheduled at 10:00 a.m., before the Honorable Donna M. Ryu, is vacated and reset for

18  February 7, 2011, at 10:00 a.m., before the sitting United States Magistrate Judge.  It is

19  FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§

20  3161(h)(7)(A) and (B)(iv), from January 10, 2011 to February 7, 2011.

21

22  DATED:  12/21/2010

_____
DONNA M. RYU
23                                                     United States Magistrate Judge

24

25

26