BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALOMARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                  )<br>    Plaintiff,                          )<br>                                                  )<br>    v.                                       )<br>                                                  )<br>                                                  )<br>AHMED MOHAMMED OBAID and )<br>FAISAL MOHAMED KAID ALOMARI, )<br>                                                  )<br>    Defendants.                     )<br>                                                  ) | No.   CR-10-00713 CW (OBAID)<br>         CR-10-00714-CW (ALOMARI)<br><br>STIPULATED REQUEST TO CONTINUE<br>HEARING DATE TO MARCH 21, 2011<br>AND TO EXCLUDE TIME UNDER THE<br>SPEEDY TRIAL ACT AND [PROPOSED]<br>ORDER<br><br>Hearing Date: February 7, 2011<br>Time:            10:00 a.m.<br><br>**The Honorable Laurel Beeler** |

The above-captioned matter is set on February 7, 2011 before this Court for a status hearing. The parties jointly request that the Court continue the matter to March 21, 2011 at 9:30 a.m. before the sitting United States Magistrate Judge, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between February 7, 2011 and March 21, 2011.

On September 30, 2010, the Grand Jury charged defendants in separate indictments with trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a). The parties made an initial appearance on October 5, 2010 and the Court released both defendants on bond. Shortly thereafter, the government filed a notice of related cases, and on October 26, 2010, the District Court related Mr. Obaid and Mr. Alomari's cases.

1  The parties last appeared before the Court for a status hearing on November 2, 2010, at
2  which time the parties advised the Court that the government had further discovery to produce.
3  Defense counsel received that discovery on December 20, 2010.  The government produced
4  additional discovery on January 28, 2011, and defense counsel for both parties need additional
5  time to review and process the information provided.  Defense counsel also needs time to
6  investigate the case and to collect records.  Additionally, counsel for Mr. Alomari has requested
7  an evidence view which the parties are currently attempting to schedule.  Given the discovery to
8  review in this case and defense counsel's need to conduct an evidence view, the parties request a
9  continuance until March 21, 2011.

10  The requested continuance will allow defense counsel to review the discovery, to
11  investigate the underlying facts of the case, and to obtain and review additional records on behalf
12  of their clients.  For this reason, the parties agree that the failure to grant this continuance would
13  unreasonably deny counsel for defendants the reasonable time necessary for effective
14  preparation, taking into account the exercise of due diligence.

15  The parties further stipulate and agree that the ends of justice served by this continuance
16  outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, the
17  parties agree that the period of time from February 7, 2011 until March 21, 2011, should be
18  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)
19  and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due
20  diligence.

21  DATED: February 3, 2011                              /S/
                                                     MICHELLE KANE
22                                                   Assistant United States Attorney

23  DATED: February 3, 2011                              /S/
                                                     LIDIA S. STIGLICH
24                                                   Counsel for Defendant Obaid

25  DATED: February 3, 2011                              /S/
                                                     ANGELA M. HANSEN
26                                                   Assistant Federal Public Defender
                                                     Counsel for Defendant Alomari

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense recently received additional discovery and that defense counsel needs time to review and process the information provided;

2. Given that the defense needs additional time to investigate the case and to collect records;

3. Given that counsel for Mr. Alomari has requested an evidence view and the parties are working to arrange that evidence view;

4. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of February 7, 2011 scheduled at 9:30 a.m., before the Honorable Laurel Beeler, is vacated and reset for March 21, 2011, at 9:30 a.m., before the sitting United States Magistrate Judge. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from February 7, 2011 until March 21, 2011.

DATED: February 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge