BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALOMARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>AHMED MOHAMMED OBAID and<br>FAISAL MOHAMED KAID ALOMARI,<br><br>   Defendants. | No.   CR-10-00713 CW (OBAID)<br>        CR-10-00714-CW (ALOMARI)<br><br>STIPULATED REQUEST TO CONTINUE<br>HEARING DATE TO APRIL 20, 2011<br>AND TO EXCLUDE TIME UNDER THE<br>SPEEDY TRIAL ACT AND ORDER<br><br>Hearing Date: March 21, 2011<br>Time:            9:30 a.m.<br><br>**The Honorable Donna M. Ryu** |

   The above-captioned matter is set on March 21, 2011 before this Court for a status hearing. The parties jointly request that the Court continue the matter to April 20, 2011 at 2:30 p.m. before the Honorable Claudia Wilken, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between March 21, 2011 and April 20, 2011.

   On September 30, 2010, the Grand Jury charged defendants in separate indictments with trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320(a). The parties made an initial appearance on October 5, 2010 and the Court released both defendants on bond. Shortly thereafter, the government filed a notice of related cases, and on October 26, 2010, the District Court related Mr. Obaid and Mr. Alomari's cases.

Stip. Req. To Continue Hearing Date and to
Exclude Time, Nos. CR-10-713 CW; 10-714-CW

1    The parties last appeared before the magistrate court for a status hearing on November 2,
2 2010, at which time the parties advised the Court that the government had further discovery to
3 produce.  Defense counsel received that discovery on December 20, 2010.  The government
4 produced additional discovery on January 28, 2011.

5    Defense counsel needs additional time to process the discovery produced, to investigate
6 the case and to collect records.  Additionally, the parties need additional time to calculate the
7 loss amount and defendants' sentencing Guidelines range.  Moreover, counsel for Mr. Alomari
8 conducted an evidence view and is currently assessing whether or not to inspect additional
9 physical evidence in the government's custody.  Given these necessary tasks, the parties request
10 a continuance until April 20, 2011.

11    The requested continuance will allow defense counsel to review the discovery, to
12 investigate the underlying facts of the case, and to obtain and review additional records on behalf
13 of their clients.  It will also allow the defense to calculate the loss amount and the sentencing
14 Guidelines range.  For these reasons, the parties agree that the failure to grant this continuance
15 would unreasonably deny counsel for defendants the reasonable time necessary for effective
16 preparation, taking into account the exercise of due diligence.

17    The parties further stipulate and agree that the ends of justice served by this continuance
18 outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, the
19 parties agree that the period of time from March 21, 2011 until April 20, 2011, should be
20 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)
21 and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due
22 diligence.

| | | |
|---|---|---|
| 1 | DATED: March 15, 2011 | /S/ |
| 2 | | MICHELLE KANE<br>Assistant United States Attorney |
| 3 | DATED: March 15, 2011 | /S/ |
| 4 | | LIDIA S. STIGLICH<br>Counsel for Defendant Obaid |
| 5 | DATED: March 15, 2011 | /S/ |
| 6 | | ANGELA M. HANSEN<br>Assistant Federal Public Defender<br>Counsel for Defendant Alomari |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense needs additional time to process the discovery provided, to investigate this case and to collect records;

2. Given that the defense needs additional time to calculate the loss amount and the defendants' sentencing Guidelines range;

3. Given that counsel for Mr. Alomari is currently assessing whether or not to request an additional evidence view of the physical discovery in this case;

4. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of March 21, 2011, scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, is vacated and reset for April 20, 2011, at 2:30 p.m., before the Honorable Claudia Wilken for a status hearing. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from March 21, 2011 until April 20, 2011.

DATED:  3/17/2011

DONNA M. RYU
United States Magistrate Judge