1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ALOMARI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00714 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TEMPORARILY MODIFYING** |
| vs. ) | **CONDITIONS OF PRETRIAL RELEASE** |
| ) | |
| FAISAL MOHAMED KAID ALOMARI, ) | |
| ) | **The Honorable Donna M. Ryu** |
| Defendant. ) | |
| _____ ) | |

Defendant, Faisal Alomari, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and Assistant United States Attorney Michelle Kane, stipulate and agree that the Court should modify the conditions of Mr. Alomari's release – previously set on October 5, 2010 – to allow him travel on August 4, 2011, to Sacramento, California. Mr. Alomari is traveling to Sacramento, California so that he may file papers with the Secretary of State, 1500 11th Street, Sacramento, California, with respect to the business that he previously owned with a partner.

Pretrial Services Officer Timothy Elder has approved Mr. Alomari's day trip to Sacramento for Thursday, August 4, 2011. Assistant United States Attorney Michelle Kane has no objection to this travel request, and both parties agree that all other conditions of Mr. Alomari's pretrial release shall remain in effect.

Travel Stipulation, 10-00714 CW (DMR)         1

| | | |
|---|---|---|
| 1 | | |
| 2 | August 1, 2011 |           /S/<br>ANGELA M. HANSEN<br>Assistant Federal Public Defender |
| 3 | | |
| 4 | |           /S/<br>MICHELLE KANE |
| 5 | August 1, 2011 | Assistant United States Attorney |

Travel Stipulation, 10-00714 CW (DMR)                2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00714 CW |
| )  Plaintiff, ) | **ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. ) ) | |
| FAISAL MOHAMED KAID ALOMARI, ) ) | **The Honorable Donna M. Ryu** |
| Defendant. ) _____) | |

     For the reasons set forth in the stipulation of the parties above, it is ordered that the conditions of release previously set on October 5, 2010, are temporarily modified to allow Faisal Alomari to travel to Sacramento, California on August 4, 2011. All other conditions of Mr. Alomari's release shall remain in effect.

August 2, 2011

_____
DONNA M. RYU
United States Magistrate Judge

Travel Stipulation, 10-00714 CW (DMR)    3