AO 245B (Rev. 6/05 - Judgment in a Criminal Case

# United States District Court
## Northern District of California

**UNITED STATES OF AMERICA**
v.
**FAISAL MOHAMED KAID ALOMARI**

**JUDGMENT IN A CRIMINAL CASE**

USDC Case Number: CR-10-00714-001 LB
BOP Case Number: DCAN410CR000714-001
USM Number:
Defendant's Attorney: Angela Hansen (FPD)

**THE DEFENDANT:**

[x] pleaded guilty to count(s): <u>One of the Information</u>.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 17 U.S.C. Section 506(a)(1)(A) and 18 U.S.C. Section 2319(b)(3) | Criminal Copyright Infringement, a Class A Misdemeanor | 10/2010 | One |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

3/15/2012
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable Laurel Beeler, U. S. Magistrate Judge
Name & Title of Judicial Officer

March 16, 2012
Date

DEFENDANT:         FAISAL MOHAMED KAID ALOMARI                        Judgment - Page 2 of 6
CASE NUMBER:    CR-10-00714-001 LB

## UNSUPERVISED COURT PROBATION

The defendant is hereby sentenced to unsupervised court probation for a term of  1 (one) year .

The defendant shall not commit another federal, state, or local crime.  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and two periodic drug tests thereafter.

[**x**]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)
[ ]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)
[ ]   The defendant shall cooperate in the collection of DNA as direct as directed by the probation officer. (Check if applicable.)
[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as direct by the probation officer. (Check if applicable.)
[ ]   The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well with any additional conditions in this judgment.

Any appearance bond filed on behalf of the defendant is hereby exonerated.

## STANDARD CONDITIONS

1)   The defendant shall support his or her dependants and meet other family responsibilities;
2)   The defendant shall work regularly at a lawful occupation,  unless excused by the court for schooling, training, or other acceptable reasons;
3)   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
4)   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

AO 245B (Rev.  12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

| | | |
|---|---|---|
| DEFENDANT: | FAISAL MOHAMED KAID ALOMARI | Judgment - Page 3 of 6 |
| CASE NUMBER: | CR-10-00714-001 LB | |

## SPECIAL CONDITIONS OF PROBATION

1) There are no travel restrictions.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

| | | |
|---|---|---|
| DEFENDANT: | FAISAL MOHAMED KAID ALOMARI | Judgment - Page 4 of 6 |
| CASE NUMBER: | CR-10-00714-001 LB | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $0.0 | $ 1,823.00 |

[ ]  The determination of restitution is deferred until  _.  An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[**x**]  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below. The defendant shall make all payments directly to the U.S. District Court Clerk's Office who will disburse payments to the payee.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Nike, Inc.<br>One Bowerman Drive<br>Beaverton, OR 97005<br>Attn: Lori Colbert | 438.00 | 438.00 | |
| CAPS c/o Trademark Management<br>122 E. Poplar<br>Coeur d'Alene, ID 83814<br>Attn: Lisa Armstrong | 512.00 | 512.00 | |
| Ed Hardy<br>8680 Hayden Place<br>Culver City, CA 90232<br>Attn: Cortney McCurdy | 373.00 | 373.00 | |
| True Religion Jeans<br>2663 E. Vernon<br>Vernon, CA 90058<br>Attn: Sandy Beattie | 250.00 | 250.00 | |
| Totals: | $ 1,823.00 | $ 1,823.00 | |

[**x**]  Restitution amount ordered pursuant to plea agreement $ 1,823.00

 * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

| | | |
|---|---|---|
| DEFENDANT: | FAISAL MOHAMED KAID ALOMARI | Judgment - Page 5 of 6 |
| CASE NUMBER: | CR-10-00714-001 LB | |

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6, may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [x]  the interest requirement is waived for the    [ ] fine    [x] restitution.

   [ ]  the interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [x]  Lump sum payment of $25.00, due immediately, remaining balance due $1823.00

   [ ]  not later than _____, or

   [x]  in accordance with (x) C, ( ) D, ( ) E, (X) F ( ) G or ( ) H below; or

B  [ ]  Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) F below); or

C  [x]  Payment in equal monthly installments of $ 151.91 over a period of 1 year, to commence 30 days after the date of this judgment; or

D  [ ]  Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within (e,g, 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [x]  Special instructions regarding the payment of criminal monetary penalties:
The defendant shall pay restitution in the amount of $1,823.00. The defendant shall pay a special assessment of $25.00 due immediately. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. The defendant shall make monthly payments in the amount of $151.91, to commence on April 15, 2012, and thereafter, payments are due on the 15th of every month (unless the 15th falls on the weekend, the payment due on the next business day). The defendant will provide a copy of the receipt by the next day to defense counsel. Defense counsel will provide a copy of the receipt to the assistant united

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev.  12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:        FAISAL MOHAMED KAID ALOMARI                                                        Judgment - Page 6 of  6
CASE NUMBER:    CR-10-00714-001 LB

states attorney immediately. A joint status report due by September 17, 2012 re restitution payments.

G.   [ ]   In Custody special instructions:

   Payment of criminal monetary penalties is due during imprisonment at the rate of not less than $25.00 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102

H.   [ ]   Out of Custody special instructions:
   It is further ordered that the defendant shall pay to the United States a special assessment of $ and a fine of $ which shall be due immediately. If incarcerated, payment of criminal monetary payment is due during imprisonment and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]        Joint and Several

| Defendant and co-defendant Names | Case Numbers (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee (if appropriate) |
|---|---|---|---|---|
|  |  |  |  |  |

[ ]     The defendant shall pay the cost of prosecution.
[ ]     The defendant shall pay the following court cost(s):
[x]     The defendant shall forfeit the defendant's interest in the following property to the United States:

1)     55 items bearing spurious Coogi trademarks;
2)     5 items bearing spurious Ed Hardy trademarks;
3)     8 items bearing spurious Evisu trademarks;
4)     3 items bearing spurious MLB/New Era trademarks;
5)     1 item bearing a spurious True Religion trademark and containing material that infringes the True Religion Brand Jeans Authentic Vintage Label copyright;
6)     16 items bearing spurious LRG trademarks.

 Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.